**Larry R. JOHNSTON, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 04–15805.

D.C. No. CV–03–00343–PHX–MHM.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Larry R. Johnston, Mesa, AZ, pro se.

Daniel G. Bogden, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Defendant–Appellee.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM **

Larry R. Johnston appeals pro se the district court's dismissal for lack of subject matter jurisdiction of his action seeking to set aside an appeals determination by the Internal Revenue Service, upholding a notice of federal tax lien securing Johnston's income tax liabilities.

Johnston's contention that the district court had jurisdiction because he challenged only procedural irregularities in his

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Collection Due Process hearing and not the underlying tax liabilities lacks merit. The district court properly concluded that it lacked jurisdiction, because the Tax Court has exclusive jurisdiction over the underlying income tax liabilities. 26 U.S.C. § 6330(d)(1).

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

